**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: § | | |
| MICHAEL T. BUSH and § | | |
| JESSICA L. BUSH § | CASE NO.: 10-30970 | |
| Debtor(s) § | (Chapter 13) | |
| § | | |

## AGREED ORDER RESOLVING TRUSTEE'S OBJECTION(S)

The parties announce to the Court that they have reached an agreement concerning the Trustee's pending Objection(s), the terms and conditions of which are as follows:

Debtor(s) are hereby granted 30 days in which to file an Amended Plan to provide a step-up (increase) in plan payments by the amount of $485.00 per month, representing the monthly amount for the 401(k) loan payment.

Timely compliance with the specific requirement(s) listed above shall constitute a cure for all the Trustee's Objections to Confirmation.

The Court hereby **ORDERS** that in the event the Debtor(s) fail to comply within the time limits set forth above, this case shall be automatically dismissed without further notice or hearing.

The Court further **ORDERS** that should the amendments fail to cure all of the Trustee's objections and the Trustee files a written certification of such non-compliance, this case may be automatically dismissed without further notice or hearing, or in the alternative, the Court may consider reducing the attorney's fees paid in this case.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 3, 2010

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/6

Agreed to:

/s/Russell C. Simon                              /s/Sean Paul
Russell C. Simon                                 Debtor(s) Counsel
Chapter 13 Trustee